UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:24-cv-891-JSS-RMN

HOWARD COHAN,

    Plaintiff,

vs.

ADISER ORLANDO LLC,
Florida Limited Liability Company,
d/b/a Burger King,

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, ADISER ORLANDO LLC, Florida Limited Liability Company, d/b/a Burger King, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED August 12, 2024.

| By: **/s/ Gregory S. Sconzo** | By: **/s/ Juliana Gonzalez** |
|---|---|
| Gregory S. Sconzo, Esq. | Julia Gonzalez, Esq. |
| Florida Bar No.: 0105553 | Fla. Bar No. 54660 |
| Sconzo Law Office, P.A. | MG Legal Group, P.A. |
| 3825 PGA Boulevard, Suite 207 | 3126 Center Street |

1

| | |
|---|---|
| Palm Beach Gardens, FL 33410 | Coconut Grove, FL 33133 |
| Telephone: (561) 729-0940 | Tel. (305) 448-9557 |
| Facsimile: (561) 491-9459 | Fax. (305) 448-9559 |
| Email: greg@sconzolawoffice.com | juliana@ljmpalaw.com |
| Email: perri@sconzolawoffice.com | office@mglegalgroup.com |
| Attorney for Plaintiff | Counsel for Defendant |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
    **Gregory S. Sconzo, Esq.**